UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>v.<br><br>MARK B. FREDKIN, et al.,<br><br>        Defendants. | Case No. 20-cv-07955-BLF<br><br>**ORDER VACATING ALL DATES, REQUESTING DISMISSAL OR STATUS UPDATE NO LATER THAN 60 DAYS, AND ADMINISTRATIVELY CLOSING THE CASE** |

The Court has received Plaintiff's notice of settlement. *See* Notice, ECF 13. Accordingly, the Court VACATES all previously set dates in this action and DIRECTS the Parties to file a dismissal of the action or a joint status report regarding the settlement **on or before August 6, 2021.**

The Clerk SHALL vacate all dates and administratively close the case. This is an internal procedure that does not affect the substantive rights of the parties. The parties may request that the case be reopened, if appropriate, should a settlement not be reached.

**IT IS SO ORDERED.**

Dated: June 7, 2021

_____
BETH LABSON FREEMAN
United States District Judge