1  CENTER FOR DISABILITY ACCESS
2  Amanda Seabock, Esq., SBN 289900
   Prathima Price, Esq., SBN 321378
3  Dennis Price, Esq., SBN 279082
   Mail: 8033 Linda Vista Road, Suite 200
4  San Diego, CA 92111
   (858) 375-7385; (888) 422-5191 fax
5  amandas@potterhandy.com

6  Attorneys for Plaintiff

7  CHRISTINE H. LONG (SBN: 199676)
   christine.long@berliner.com
8  EILEEN P. KENNEDY (SBN: 204646)
   eileen.kennedy@berliner.com
9  BERLINER COHEN, LLP
   Ten Almaden Boulevard,
10 Eleventh Floor
   San Jose, California 95113-2233
11 Telephone:(408)286-5800
   Facsimile:(408)998-5388
12 Attorneys For Defendants
   Mark B. Fredkin, Gary E. Fredkin and Summit Marble & Cabinet, Inc.

13            UNITED STATES DISTRICT COURT
14            NORTHERN DISTRICT OF CALIFORNIA

15 | SCOTT JOHNSON | Case: 5:20-cv-07955-BLF |
16 | Plaintiff, | |
17 | v. | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |
18 | MARK B. FREDKIN; GARY E. FREDKIN; SUMMIT MARBLE & CABINET, INC., a California Corporation | |
21 | Defendants. | |

1

## **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: June 15, 2021          CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
　　 Amanda Seabock
　　 Attorneys for Plaintiff

Dated: June 15, 2021          BERLINER COHEN, LLP

By: /s/ Eileen P. Kennedy
　　 Christine H. Long
　　 Eileen P. Kennedy
　　 Attorneys for Defendant
　　 Mark B. Fredkin, Gary E. Fredkin and
　　 Summit Marble & Cabinet, Inc.

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Eileen P. Kennedy, counsel for Mark B. Fredkin, Gary E. Fredkin and Summit Marble & Cabinet, Inc., and that I have obtained Ms. Kennedy's authorization to affix her electronic signature to this document.

Dated: June 15, 2021                CENTER FOR DISABILITY ACCESS

                                    By: /s/ Amanda Seabock
                                        Amanda Seabock
                                        Attorneys for Plaintiff