CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Prathima Price, Esq., SBN 321378
Dennis Price, Esq., SBN 279082
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com

Attorneys for Plaintiff

CHRISTINE H. LONG (SBN: 199676)
christine.long@berliner.com
EILEEN P. KENNEDY (SBN: 204646)
eileen.kennedy@berliner.com
BERLINER COHEN, LLP
Ten Almaden Boulevard,
Eleventh Floor
San Jose, California 95113-2233
Telephone:(408)286-5800
Facsimile:(408)998-5388
Attorneys For Defendants
Mark B. Fredkin, Gary E. Fredkin and Summit Marble & Cabinet, Inc.

APPROVED
Judge Beth Labson Freeman

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON<br><br>　　　Plaintiff,<br><br>　v.<br><br>MARK B. FREDKIN;<br>GARY E. FREDKIN;<br>SUMMIT MARBLE & CABINET,<br>INC., a California Corporation<br><br>　　　Defendants. | Case: 5:20-cv-07955-BLF<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

# **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: June 15, 2021          CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
    Amanda Seabock
    Attorneys for Plaintiff

Dated: June 15, 2021          BERLINER COHEN, LLP

By: /s/ Eileen P. Kennedy
    Christine H. Long
    Eileen P. Kennedy
    Attorneys for Defendant
    Mark B. Fredkin, Gary E. Fredkin and
    Summit Marble & Cabinet, Inc.

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Eileen P. Kennedy, counsel for Mark B. Fredkin, Gary E. Fredkin and Summit Marble & Cabinet, Inc., and that I have obtained Ms. Kennedy's authorization to affix her electronic signature to this document.

Dated: June 15, 2021              CENTER FOR DISABILITY ACCESS

                                  By: /s/ Amanda Seabock
                                      Amanda Seabock
                                      Attorneys for Plaintiff